UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHAWN BIRD and DUNHILL NKROMAH, <br><br> Plaintiffs, <br><br> -v.- <br><br> PYRAMID MOVING, INC., doing business as LONGHORN CARGO PYRAMID MOVING, LLC and STEPHEN DWAYNE COFFEE, <br><br> Defendants. | 25 Civ. 5138 (KPF) <br><br> **ORDER** |
| STEPHEN DWAYNE COFFEE and PYRAMID MOVING, INC., doing business as LONGHORN CARGO PYRAMID MOVING, LLC, <br><br> Third-Party Plaintiffs, <br><br> -v.- <br><br> OMARI MORGAN and PHILMORE MORGAN, <br><br> Third-Party Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On January 9, 2026, Third-Party Defendants filed on the docket a request for production of documents.  (Dkt. #37).  The Court admonishes counsel for putting this filing on the docket.  If the parties wish to raise a discovery dispute with the Court, they must do so in accordance with Rule 2(C)(ii) of this Court's Individual Rules of Practice in Civil Cases.  Accordingly, the Clerk of Court is directed to strike docket entry 37 from the docket.

SO ORDERED.

Dated:    January 20, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2